UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEVONWOOD-LOCH LOMOND LAKE ASSOCIATION INC., ARRAN LAKE HOMEOWNERS ASSOCIATION INC., RAYCONDA HOMEOWNERS ASSOCIATION INC., STRICKLAND BRIDGE ROAD HOMEOWNERS ASSOCIATION INC., JOHN C. LEE, CATHERINE A. LEE, MARTIN YOUNG, ANN YOUNG, GERALD L. ELLISON, JF DUNN ELLISON, DANA E. PIKE, and DIANNA M. PIKE,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF FAYETTEVILLE, and CITY OF FAYETTEVILLE PUBLIC WORKS COMMISSION,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-270-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on August 15, 2019, defendant Fayetteville Public Works Commission's motion to dismiss [DE #26] is GRANTED, and PWC is dismissed as a party to this action.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendant's motion for summary judgment on the federal takings claim [D.E. 73], DECLINES to exercise supplemental jurisdiction over plaintiffs' state law claims, and DISMISSES WITHOUT PREJUDICE plaintiffs' state law claims.

**This Judgment Filed and Entered on August 6, 2021, and Copies To:**

| | |
|---|---|
| Matthew Ivan Van Horn | (via CM/ECF electronic notification) |
| William W. Webb, Sr. | (via CM/ECF electronic notification) |
| William Woodward Webb, Jr. | (via CM/ECF electronic notification) |
| Keith Harrison Johnson | (via CM/ECF electronic notification) |

| Emily M. Meeker | (via CM/ECF electronic notification) |
| Karen M. McDonald | (via CM/ECF electronic notification) |
| Mark Anderson Finkelstein | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

August 6, 2021  (By) /s/ Nicole Sellers

  Deputy Clerk